**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

_____

|  |  |
|---|---|
| MK HOUSE CONSULTING, INC., ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:14-cv-00373-RCJ-NJK |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| PEERLESS INDEMNITY INSURANCE CO. ) et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff sued Defendants in state court for breach of contract, insurance bad faith, and violations of Nevada's insurance code.  Defendants removed.  Defendant Liberty Mutual Holding Co., Inc. ("Liberty Mutual") moved to dismiss, because the insurer in the case was not Liberty Mutual, but its subsidiary company, Defendant Peerless Indemnity Insurance Co.  The Court granted a stipulation for an extension of time to respond based upon the parties' representation that they might settle the motion.  However, Plaintiff has failed to oppose the motion within the agreed extension.  Plaintiff has therefore consented to the grant of the motion. _See_ Local R. 7-2(d).

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 7) is GRANTED.

IT IS SO ORDERED.

Dated this 16th day of June, 2014.

ROBERT C. JONES
United States District Judge