Amy M. Samberg
Nevada Bar No. 10212
Casey G. Perkins
Nevada Bar No. 12063
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asamberg@swlaw.com
Email: cgperkins@swlaw.com

Attorneys for Defendant
PEERLESS INDEMNITY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MK HOUSE CONSULTING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEERLESS INDEMNITY INSURANCE COMPANY, an Illinois corporation; and LIBERTY MUTUAL HOLDING COMPANY, INC., a Massachusetts mutual holding company,<br><br>Defendants. | CASE NO. 2:14-cv-00373-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MK HOUSE CONSULTING, INC., a Nevada corporation, and Defendant PEERLESS INDEMNITY INSURANCE COMPANY, by and through their respective counsel of record, that the above

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  matter be dismissed with prejudice in its entirety with each party to bear its own costs and
2  attorneys' fees.

3  DATED this 17 day of November, 2014.     DATED this 17 day of November, 2014.

4  SNELL & WILMER L.L.P.                    LAW OFFICES OF
                                            STEVEN J. PARSONS

6  By: _____              By: _____
    Amy M. Samberg                              Steven J. Parsons
7   Nevada Bar No. 10212                        Nevada Bar No. 363
    Casey G. Perkins                            Joseph N. Mott
8   Nevada Bar No. 12063                        Nevada Bar No. 12455
    3883 Howard Hughes Pkwy., Ste. 1100         7201 W. Lake Mead Blvd., Suite 108
9   Las Vegas, NV 89169                         Las Vegas, NV 89128

10  Attorneys for Defendant                     Attorneys for Plaintiff
    PEERLESS INDEMNITY                          MK HOUSE CONSULTING, INC.
11  INSURANCE COMPANY

### ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  February 25, 2016.

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Amy M. Samberg
Nevada Bar No. 10212
Casey G. Perkins
Nevada Bar No. 12063
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
PEERLESS INDEMNITY INSURANCE COMPANY
20439937.1